People v Betancourt (2017 NY Slip Op 00418)





People v Betancourt


2017 NY Slip Op 00418


Decided on January 19, 2017


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on January 19, 2017

Friedman, J.P., Renwick, Richter, Moskowitz, Kapnick, JJ.


4222/13 -1195/13 2820A 1345/13 2820 2819

[*1] The People of the State of New York, Respondent, 
v
Dexter Betancourt, also known as Dester Bentancourt, Defendant-Appellant.


Seymour W. James, Jr., The Legal Aid Society, New York (Heidi Bota of counsel), for appellant.
Cyrus R. Vance, Jr., District Attorney, New York (Brian R. Pouliot of counsel), for respondent.



Judgments, Supreme Court, New York County (Charles Solomon, J.), rendered May 16, 2014, unanimously affirmed.
Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: JANUARY 19, 2017
CLERK